```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                                          :

LAUREL RUBIN,                                       :

                                             Plaintiff,      :         1:20-cv-2835-GHW

                -against-                 :         <u>ORDER</u>

JOHN GALLI,                                 :

                                        Defendant.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Defendant has informed the Court that this matter was improperly removed to the Southern District of New York, and that Defendant has since refiled the Notice of Removal in the proper venue, the Eastern District of New York. *See* Dkt. No. 2. Therefore, Defendant's request for an order directing the Clerk of Court to administratively close this case, is granted.

      Defendant is directed to serve this order on Plaintiff and retain proof of service.

      The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

      SO ORDERED.

Dated: September 21, 2020

                                                                        _____
                                                                         GREGORY H. WOODS
                                                                      United States District Judge